1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  G & G CLOSED CIRCUIT EVENTS,          CASE NO. 1:12-cv-00185-AWI-SMS

10                    Plaintiff,

11       v.                              **ORDER STRIKING ANSWER OF
                                         DEFENDANT AQUILES RAMIREZ
                                         dba CAZADORES GRILL**

12  CLAUDIA RAMIREZ and AQUILES
    RAMIREZ, individually and doing business as
13  CAZADORES GRILL,

14

15                    Defendant.          (Docs. 24 & 27)
    _____/

16

17          Defendant Aquiles Ramirez, individually and doing business as Cazadores Grill, petitions

this Court to strike his answer, improvidently filed on September 24, 2012, as Document 24.

18

19          Defendant having presented good cause for his request, the Court hereby STRIKES the

answer of Defendant Aquiles Ramirez, individually and doing business as Cazadores Grill, filed

20

on September 24, 2012, as Document 24.

21

22

IT IS SO ORDERED.

23

24  Dated:   October 2, 2012          _____
                                      CHIEF UNITED STATES DISTRICT JUDGE

25

26

27

28

1