# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS,<br><br>        Plaintiff,<br><br>    v.<br><br>CLAUDIA RAMIREZ and AQUILES RAMIREZ, individually and doing business as CAZADORES GRILL,<br><br>        Defendant.<br>_____/ | CASE NO. 1:12-cv-00185-AWI-SMS<br><br>**ORDER STRIKING ANSWER OF DEFENDANT AQUILES RAMIREZ dba CAZADORES GRILL**<br><br>(Docs. 24 & 27) |

Defendant Aquiles Ramirez, individually and doing business as Cazadores Grill, petitions this Court to strike his answer, improvidently filed on September 24, 2012, as Document 24.

Defendant having presented good cause for his request, the Court hereby STRIKES the answer of Defendant Aquiles Ramirez, individually and doing business as Cazadores Grill, filed on September 24, 2012, as Document 24.

IT IS SO ORDERED.

Dated:    October 2, 2012    

_____
CHIEF UNITED STATES DISTRICT JUDGE