# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLAUDIA RAMIREZ and AQUILES RAMIREZ, individually and doing business as CAZADORES GRILL,<br><br>　　　　DefendantS. | CASE NO. 1:12-cv-00185-AWI-SMS<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES OF DEFENDANT CLAUDIA RAMIREZ**<br><br>(Doc. 16) |

　　Plaintiff G & G Closed Circuit Events, LLC, by its attorney Thomas P. Riley, petitions this Court to strike the affirmative defenses of Defendant Claudia Ramirez for failure to satisfy the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 n. 3 (2007). Plaintiff contends that Ms. Ramirez's answer fails to set forth facts supporting her affirmative defenses, thereby rendering them "boilerplate legal conclusions."

　　Having reviewed Plaintiff's motion, applicable law, and the record as a whole, the Court disagrees. Although Ms. Ramirez's answer and cross-claim against Defendant Aquiles Ramirez is not a masterpiece of legal drafting, the factual background set forth therein (Doc. 17, ¶¶ 47-56) alleges facts sufficient to support her affirmative defenses.

　　Accordingly, PLAINTIFF's motion to strike is hereby DENIED.

IT IS SO ORDERED.

Dated:　　**January 2, 2013**　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE