# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | CASE NO. 1:12-cv-00185-AWI-SMS |
| Plaintiff, | |
| v. | **ORDER SETTING ASIDE DEFAULT OF DEFENDANT AQUILES RAMIREZ** |
| CLAUDIA RAMIREZ and AQUILES RAMIREZ, individually and doing business as CAZADORES GRILL, | |
| Defendants. | (Docs. 8, 38, and 39) |

Defendant Aquiles Ramirez having established good cause for his failure to file a timely answer, the Clerk's Entry of Default against him (Doc. 8) is hereby VACATED.

IT IS SO ORDERED.

Dated:   **January 2, 2013**         /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE