Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Claudia Ramirez, et al.,<br><br>Defendants. | CASE NO. 1:12-cv-00185-AWI-SMS<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS CLAUDIA RAMIREZ and AQUILES RAMIREZ, individually and d/b/a CAZADORES GRILL |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants CLAUDIA RAMIREZ and AQUILES RAMIREZ, individually and d/b/a CAZADORES GRILL, that the above-entitled action is hereby dismissed **without prejudice** against CLAUDIA RAMIREZ and AQUILES RAMIREZ, individually and d/b/a CAZADORES GRILL and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by October 21, 2014, the dismissal shall be deemed to be **with prejudice**.

STIPULATION OF DISMISSAL
Case No. 1:12-cv-00185-AWI-SMS
PAGE  PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: December 14, 2012         /s/Thomas P. Riley
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                 By: Thomas P. Riley, Esquire
                                 Attorneys for Plaintiff
                                 G & G CLOSED CIRCUIT EVENTS, LLC


Dated:                           /s/Alfred A. Gallegos
                                 **ALFRED GALLEGOS, ATTORNEY AT LAW**
                                 By: Alfred A. Gallegos, Esquire
                                 Attorneys for Plaintiff
                                 CLAUDIA RAMIREZ, individually and d/b/a
                                 CAZADORES GRILL


Dated: January 10, 2013          /s/Henry D. Nunez
                                 **LAW OFFICES OF HENRY D. NUNEZ**
                                 By: Henry D. Nunez, Esquire
                                 Attorneys for Plaintiff
                                 AQUILES RAMIREZ, individually and d/b/a
                                 CAZADORES GRILL


IT IS SO ORDERED.

Dated:   January 11, 2013                    _____
                                             UNITED STATES DISTRICT JUDGE